# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 5, 2009

Before

RICHARD D. CUDAHY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 08-3287

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff-Appellee, | Appeal from the United States District Court for the Southern District of Indiana, New Albany Division |
| v. | No. 4:06-cr-0023-SEB-MGN-14 |
| JEFFERY DEAN,<br>          Defendant-Appellant. | **Sarah Evans Barker**, *Judge*. |

O R D E R

It is ordered that the following corrections be made in the opinion of the court dated July 31, 2009:

Slip opinion page 5 and 6, footnote 3—Footnote 3 is omitted;

Slip opinion page 6, footnote 5—Footnote 5 is omitted.

It is so ordered.